THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN CARNAHAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIG FISH GAMES, INC., a Washington Corporation<br><br>　　　　　　　Defendant. | No. 2:14-cv-01182<br><br>DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULES 12(b)(6) AND 9(b)<br><br>Noted for Consideration: November 14, 2014 |

I, CHARLES C. SIPOS, declare as follows:

1.　　I am an attorney with the law offices of Perkins Coie LLP, counsel for Defendant Big Fish Games, Inc. ("Big Fish") in the above-entitled action. I have personal knowledge of the facts herein and if called to testify could testify competently thereto.

2.　　Attached to this Declaration as Exhibit A are true and correct copies of screenshots reflecting the flow of disclosures made available to customers enrolling in Big Fish's Game Club program. At my direction, these screenshots were copied from Big Fish's publicly accessible website, www.bigfishgames.com, on October 1, 2014.

3.　　At my direction, a Big Fish account was established temporarily for purposes of generating the materials included in Exhibit A.

DECLARATION OF CHARLES C. SIPOS
(No. No. 2:14-cv-01182) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

64693-0022/LEGAL123599102.2

4. Select screenshots included in Exhibit A will be provided to the Court on 11 x 17 paper in order to approximate the image a customer would view on a standard 19" computer screen.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 8th day of October, 2014, at Seattle, Washington

_/s/ *Charles Sipos*_
Charles C. Sipos

DECLARATION OF CHARLES C. SIPOS
(No. No. 2:14-cv-01182) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

64693-0022/LEGAL123599102.2

**CERTIFICATE OF SERVICE**

On October 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Clifford A. Cantor<br>Law Offices of Clifford A. Cantor, PC<br>627 208th Avenue SE<br>Sammamish, WA  98074-7033<br>Email: cacantor@comcast.net | Jay Edelson<br>Edelson PC<br>350 North Lasalle Street, Suite 1300<br>Chicago, IL 60654<br>312-589-6370<br>Email: jedelson@kamberedelson.com |
| Benjamin H. Richman<br>Edelson PC<br>350 North Lasalle Street, Suite 1300<br>Chicago, IL 60654<br>312-589-6370<br>Email: brichman@edelson.com | Rafey S. Balabanian<br>Edelson PC<br>350 North Lasalle Street, Suite 1300<br>Chicago, IL 60654<br>312-589-6370<br>Email: rbalabanian@edelson.com |
| Eve-Lynn Rapp<br>Edelson PC<br>350 North Lasalle Street, Suite 1300<br>Chicago, IL 60654<br>312-589-6370<br>Email: erapp@edelson.com | |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of October, 2014.

 s/ Abha Khanna
Abha Khanna, WSBA No. 42612
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  AKhanna@perkinscoie.com

*Attorney for Defendant Big Fish Games, Inc.*

DECLARATION OF CHARLES C. SIPOS
(No. No. 2:14-cv-01182) – 3

64693-0022/LEGAL123599102.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Exhibit A

Exhibit A





2

3



**3**



# Order complete! Thanks for your purchase.

Hi PerkinsCoie! **Not you?**

## Ready to download your game(s)?

  **Install PC Game(s) Now**

Click to activate the full version of your game. If this is your first time downloading a game from Big Fish, our handy Big Fish Games app will install on your computer to help manage your games.

## Welcome to your free trial of Big Fish Game Club!



**Enjoy it free for 1 month.**
Your trial ends: 11/01/14
On that date, we'll bill you for your first monthly membership payment of $ 6.99 and you'll receive your first Game Club credit to redeem for a game. Visit My Account for more information.

## You just collected 1 punch.



Get your FREE game with just 5 more punches!

> Continue Shopping
> Visit Our Help Pages

Privacy Policy | Terms of Service | Cookie Policy

## Your Receipt

**Order # 221291025** placed on 10/01/14 for a total of **$ 7.65**.
We emailed your receipt to: **perkinscoie1201seattle@gmail.com**

Print Receipt

**Billing Address**
Perkins Coie
1201 Third Avenue 4900
Seattle WA 98101 US

**Payment method**
Visa-


**IGT Slots Wild Wolf**
Game Club Price
~~$ 9.99~~
$ 6.99


**Big Fish Game Club Membership**
Save 30% or more on this purchase and get member perks free for 1 month. No commitment, cancel online any time. *
FREE *

Subtotal: $ 6.99
Tax: $ 0.66
Total: $ 7.65 USD

    Secure Form

4

# Perkins's Big Fish Game Club



 You have **0** Game Club credit(s) available

## Want More Credits?





## Account Summary

**Next billing date:** 11/01/14
**Billing amount:** $ 6.99 USD  **(Edit)**
**Paying with:** Visa - ▮▮▮▮  **(Edit)**
**Email:** perkinscoie1201seattle@gmail.com  **(Edit)**

 Stay an active Game Club member for 1 continuous year and you'll get your very own plush Felix the Fish. **Learn More**

▶ **Cancel My Membership**

## Customer Support

Have questions about Game Club?

**Read the Game Club FAQs**



## Game Club News
Our Game Club Terms of Service has been updated as of September 8, 2011.

Want detailed information about your Game Club membership? **Read the Terms of Service**.

## Big Fish Game Club Account Activity

| Issue Date | Product | Status | Coupon Code |
|---|---|---|---|
| 10/01/14 | Big Fish Game Club Membership | Active | |

5



# Welcome to Big Fish Game Club
Here's everything you need to get started with your free trial:

## Take advantage of your Game Club benefits now!

Check out these great Game Club benefits:
Save 30% or more on every game.

 Find Games You'll Love[bigfishgames.com]

 Get Game Club credits to redeem for games. Learn about credits[bigfishgames.com]

 Get Daily Deals for just $2.99. See what's on sale today[bigfishgames.com]

 Save up to 30% when you purchase in-game items

 Earn free games with the Monthly Punch Card

 Play new games early with Tomorrow's Game Today!®

## Membership Details
Your free trial is good through: **11/01/14**

On that date, you'll get your first Game Club credit to redeem for a game and your membership will continue with the following terms:

**Monthly billing amount:**
$ 6.99

**Renewal period:**
1 month

You can cancel your free trial membership from your My Account page any time before your free trial ends and you won't be charged. If you cancel your membership after your free trial ends, your membership will end at the end of your billing period and Big Fish will not refund any membership fees.

### Have questions about Game Club?
▶ We're here to help[bigfishgames.com]

6